AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Martin, Brenda K. | U.S. Bankruptcy Court, Arizona | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - Full Time | ☐ Nomination Date / ☐ Initial ☑ Annual ☐ Final | 01/01/2014 to 12/31/2014 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

United States Bankruptcy Court
230 N. First Avenue
Suite 101
Phoenix, AZ 85003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | BrenDan Acquisitions, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 4/30/2014 | Osborn Maledon, PA - Separation Agreement with former law firm; potential distributions to end 5/2016. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Brenda K. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 1&2, 2014 | Osborn Maledon, PA - Law Practice | $1,898.64 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10-7-2014 to 10-11-2014 | Chicago, IL | Annual Conference of Professional Association | lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Brenda K. | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Osborn Maledon, PA | Hosted Investiture Reception 5/19/2014 | $12,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Brenda K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Corporation | A | Interest | | | Sold | 04/16/14 | K | A | |
| 2. Caterpillar Financial Services | A | Interest | | | Sold | 04/16/14 | K | A | |
| 3. Lennar Corp Company | A | Interest | | | Sold | 04/16/14 | J | A | |
| 4. MGM Resorts International | A | Interest | | | Sold | 04/16/14 | J | A | |
| 5. TD Bank USA FDIC | A | Interest | J | T | | | | | |
| 6. US Treasury Bonds Inflation Prot 3.375% | A | Interest | | | Sold | 06/30/14 | K | A | |
| 7. US Treasury Notes 2.25% | A | Interest | | | Sold | 06/30/14 | K | A | |
| 8. Accenture Ltd. | A | Dividend | | | Sold | 06/30/14 | J | C | |
| 9. Apple Inc. | A | Dividend | | | Sold | 06/30/14 | K | C | |
| 10. Boeing Company | A | Dividend | | | Sold | 06/30/14 | K | D | |
| 11. Century Link Inc. (Y) | | | | | | | | | |
| 12. Coach Inc. | A | Dividend | | | Sold | 02/07/14 | J | A | |
| 13. Coca-Cola Company | | None | | | Sold | 01/23/14 | J | A | |
| 14. Discover Financial Services | A | Dividend | | | Sold | 04/16/14 | J | B | |
| 15. Disney Walt Company | A | Dividend | | | Sold | 06/30/14 | K | D | |
| 16. Duke Energy Corporation (Y) | | | | | | | | | |
| 17. Exelon Corporation (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Brenda K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ford Motor Company | A | Dividend | | | Sold | 04/16/14 | J | A | |
| 19. General Electric Company | A | Dividend | | | Sold | 04/16/14 | J | C | |
| 20. Goldman Sachs Group Inc. | A | Dividend | | | Sold | 06/30/14 | J | B | |
| 21. Home Depot Inc. | A | Dividend | | | Sold | 06/30/14 | J | C | |
| 22. International Business Marchines (Y) | | | | | | | | | |
| 23. Kansas City Southern Inc. | A | Dividend | | | Sold | 06/30/14 | J | B | |
| 24. Kraft Food Group Inc. (Y) | | | | | | | | | |
| 25. Microsoft Corporation | A | Dividend | | | Sold | 06/30/14 | J | B | |
| 26. Mondelez International Inc. | A | Dividend | | | Sold | 06/30/14 | J | C | |
| 27. Oracle Corporation (Y) | | | | | | | | | |
| 28. Philip Morris International Inc. (Y) | | | | | | | | | |
| 29. Praxair Incorporated | A | Dividend | | | Sold | 04/16/14 | J | B | |
| 30. Qualcomm Inc. | A | Dividend | | | Sold | 06/30/14 | J | B | |
| 31. Rockwell Automation Inc. | A | Dividend | | | Sold | 06/30/14 | J | C | |
| 32. Starbucks Corp (H) | A | Dividend | | | | | | | |
| 33. | | None | | | Buy | 05/02/14 | J | | |
| 34. | | None | | | Sold | 06/30/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Brenda K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Transcanada Corp (Cananda) | A | Dividend | | | Sold | 06/30/14 | J | A | |
| 36. Union Pacific Corporation | A | Dividend | | | Sold | 06/30/14 | J | C | |
| 37. Verizon Communications | A | Dividend | | | Sold | 02/06/14 | J | B | |
| 38. Visa Inc. | A | Dividend | | | Sold | 04/16/14 | J | A | |
| 39. Wells Fargo & Company | A | Dividend | | | Sold | 04/16/14 | J | C | |
| 40. Bank of America Funding Corp | A | Interest | | | Sold | 04/16/14 | J | A | |
| 41. El Paso Corporation | A | Interest | | | Sold | 04/16/14 | J | A | |
| 42. John Deere Capital Corp. | A | Interest | | | Sold | 04/16/14 | J | A | |
| 43. Peabody Energy Corp. | A | Interest | | | Sold | 04/16/14 | J | A | |
| 44. United Health Group Inc. | A | Interest | | | Sold | 04/16/14 | J | A | |
| 45. US Treasury Bonds Inflation Protec .075% | A | Interest | | | Sold | 06/30/14 | K | A | |
| 46. US Treasury Notes 1.25% | A | Interest | | | Sold | 06/30/14 | K | A | |
| 47. Sector SPDR Financial (H) | A | Dividend | | | | | | | |
| 48. | | None | | | Buy | 04/17/14 | K | | |
| 49. | | None | | | Sold | 06/30/14 | K | B | |
| 50. Texas Capital Bancshares Inc. (H) | | None | | | Buy | 01/24/14 | J | | |
| 51. | | None | | | Sold | 06/30/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Brenda K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Celgene Corp. | | None | | | Sold | 06/30/14 | K | D | |
| 53. Express Scripts Inc. | | None | | | Sold | 06/30/14 | J | B | |
| 54. Gilead Sciences Inc. (H) | | None | | | Buy | 02/12/14 | J | | |
| 55. | | None | | | Sold | 06/30/14 | J | A | |
| 56. Intuitive Surgical Inc. (H) | | None | | | Buy | 02/17/14 | J | | |
| 57. | | None | | | Sold | 06/30/14 | J | A | |
| 58. Amazon.Com Inc. | | None | | | Sold | 06/30/14 | J | C | |
| 59. Lumber Liquidators Holdings, Inc. (H) | | None | | | Buy | 03/04/14 | J | | |
| 60. | | None | | | Sold | 06/30/14 | J | A | |
| 61. Netflix Inc. | | None | | | Sold | 06/30/14 | K | D | |
| 62. Sector SPDR Consumer Discretiona (H) | A | Dividend | | | | | | | |
| 63. | | None | | | Buy | 04/17/14 | J | | |
| 64. | | None | | | Sold | 06/30/14 | J | A | |
| 65. 3-D Systems Corp. | | None | | | Sold | 06/30/14 | K | D | |
| 66. Honeywell International Inc. (H) | A | Dividend | | | | | | | |
| 67. | | None | | | Buy | 04/17/14 | J | | |
| 68. | | None | | | Sold | 06/30/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Brenda K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Sector SPDR Industrials (H) | A | Dividend | | | | | | | |
| 70. | | None | | | Buy | 04/17/14 | J | | |
| 71. | | None | | | Sold | 06/30/14 | J | A | |
| 72. Union Pacific Corporation (Y) | | | | | | | | | |
| 73. Google Inc. Cl A | | None | | | Sold | 06/30/14 | J | C | |
| 74. Google Inc. Cl C (H) | | None | | | Buy | 04/30/14 | J | | |
| 75. | | None | | | Sold | 06/30/14 | J | C | |
| 76. Salesforce.com | | None | | | Sold | 06/30/14 | J | C | |
| 77. Workday Inc. (H) | | None | | | Buy | 05/02/14 | J | | |
| 78. | | None | | | Sold | 06/30/14 | J | B | |
| 79. US Treasury Bonds Inflation Prot 1.125% (H) | A | Interest | | | | | | | |
| 80. | | None | | | Buy | 05/08/14 | M | | |
| 81. | | None | | | Sold | 06/30/14 | M | A | |
| 82. Charles Schwab Money Market | A | Dividend | M | T | | | | | |
| 83. Columbia Seligman Comm | B | Dividend | K | T | | | | | |
| 84. Davis NY Venture | B | Dividend | J | T | | | | | |
| 85. Invesco European Growth | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Brenda K. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Legg Mason Oppty Trust | A | Dividend | J | T | | | | | |
| 87. Ivy Asset Strategy Fund | C | Dividend | K | T | | | | | |
| 88. Vanguard Intl Value Fund | A | Dividend | J | T | | | | | |
| 89. Prudential | | None | J | T | | | | | |
| 90. Catamaran Corp. Common Stock (Y) | | | | | | | | | |
| 91. Netsuite Inc. Common Stock | | None | | | Sold | 04/17/14 | J | A | |
| 92. Blackrock High Yield Bond A | C | Dividend | L | T | Buy | 07/07/14 | L | | |
| 93. Delaware US Growth Instl | C | Dividend | M | T | Buy | 07/07/14 | M | | |
| 94. Dodge & Cox International Stock | B | Dividend | L | T | Buy | 07/07/14 | L | | |
| 95. Fidelity Investment Grade Bond Fund | A | Dividend | L | T | Buy | 07/07/14 | L | | |
| 96. JP Morgan Value Advantage | D | Dividend | M | T | Buy | 07/07/14 | M | | |
| 97. Principal Small Cap Growth Inst | D | Dividend | L | T | Buy | 07/07/14 | L | | |
| 98. Wells Fargo Advantage Government Secs (H) | A | Dividend | L | T | Buy | 07/07/14 | L | | |
| 99. | | None | | | Sold (part) | 10/02/14 | J | A | |
| 100. Bank of America Corp. (X) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Brenda K. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. BrenDan Acquistions, LLC, is an Arizona limited liability company. The members are me and Dana Dearien, a friend. We formed and used the entity in 2005-2006 to divide profits from a real estate project. The entity has no business operations and no assets and is dormant.

II. The Separation Agreement with Osborn Maledon, PA, provides that the firm will pay to me one half of my personally generated receivables collected within two years following my withdrawal from the firm (ie: up to May, 2016.) The payments will be subject to certain offsets. Also the Agreement memorializes that the firm still owes to me a contribution to my 401(k) earned as compensation during 2013, but payable over eight months in 2014.

VII. No. 93 - Bank account and savings/money market accounts inadvertently omitted from previous report. Amounnt code and interest income reported here have not changed from previous report.

| Name of Person Reporting | Date of Report |
|---|---|
| Martin, Brenda K. | 05/14/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Brenda K. Martin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544